COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-19-00088-CV

Style:                                        City of Houston v. Kimberley  R. Trimmer-Davis

Trial Court Case Number:      2010-11410

Trial Court:                             295th District Court of Harris County

Type of Motion:                     Objection to Mediation

Party Filing Motion:              Appellant

  Appellant has objected to mediation.  The Court's mediation order dated October 10, 2019 is withdrawn.

Judge's signature: /s/ Peter Kelly _____
        Acting individually

Date:   October 23, 2019

---

\*  Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**: Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).